No. 91–689. CITIBANK, N. A. *v.* WELLS FARGO ASIA LTD. C. A. 2d Cir. Certiorari denied.

No. 91–884. FARM CREDIT SERVICES *v.* MORTER, DBA SWIN-ENGINEERING, INC. C. A. 7th Cir. Certiorari denied.

No. 91–1122. MOSTOLLER, TRUSTEE *v.* MESSING. C. A. 6th Cir. Certiorari denied.

No. 91–1133. SILETS *v.* UNITED STATES DEPARTMENT OF JUSTICE. C. A. 7th Cir. Certiorari denied.

No. 91–1412. GLADWELL, TRUSTEE *v.* HARLINE. C. A. 10th Cir. Certiorari denied.

No. 91–1416. MACDONALD, IN HIS OFFICIAL CAPACITY AS LABOR COMMISSIONER OF NEVADA *v.* ASSOCIATED BUILDERS & CONTRACTORS, INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 91–1418. ABROMS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–1549. NEW YORK STATE DEPARTMENT OF HEALTH *v.* ANDRULONIS, INDIVIDUALLY AND AS CONSERVATOR OF THE PROPERTY OF ANDRULONIS, ET AL. C. A. 2d Cir. Certiorari denied.

No. 91–1569. HILL ET AL. *v.* TEXAS EDUCATION AGENCY (LUBBOCK INDEPENDENT SCHOOL DISTRICT) ET AL. C. A. 5th Cir. Certiorari denied.

No. 91–1577. TONY AND SUSAN ALAMO FOUNDATION ET AL. *v.* MARTIN, SECRETARY OF LABOR. C. A. 8th Cir. Certiorari denied.

No. 91–1589. SWAMP ET AL. *v.* KENNEDY, EXECUTIVE DIRECTOR, WISCONSIN STATE BOARD OF ELECTIONS, ET AL. C. A. 7th Cir. Certiorari denied.